IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CATHAMAE REDDICK,**<br><br>          Plaintiff,<br><br>v.<br><br>**CAROLYN W. COLVIN,**<br>**Acting Commissioner,**<br><br>          Defendant. | Civil Action No. 7:12-CV-138 (HL) |

**ORDER**

The Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 12) is before the Court. Judge Langstaff recommends that the Commissioner's decision be affirmed pursuant to Sentence Four of § 405(g).

Plaintiff has filed an objection to the Recommendation. Plaintiff contends that the ALJ improperly discounted the medical opinions of Dr. Eric Fan in reaching his decision that Plaintiff is not disabled.

The Court has reviewed the administrative file, the Recommendation, and the objection, and finds no reason to reject the Recommendation or remand the case to the ALJ. The objection is overruled.

The Court accepts and adopts the Recommendation. The Commissioner's decision is affirmed pursuant to Sentence Four of § 405(g).

**SO ORDERED**, this the 14th day of February, 2014.

          */s/ Hugh Lawson*
          **HUGH LAWSON, SENIOR JUDGE**

mbh